HYMAN SWARTZ and Others, Appellants, v. WILLIAM F. DURNAN, Commissioner of Public Safety of the City of Rochester, Monroe County, New York, and Others, Respondents.— Judgment affirmed, with costs. All concur; Edgcomb, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN LUCAS LOPEZ, Alias JOHN MARTINEZ, JOHN LUCAS and FRANK LUCAS, Appellant.— Judgment of conviction affirmed under the provisions of section 542 of the Code of Criminal Procedure. All concur; Edgcomb, J., not sitting.

ELLA ANDRUS, Respondent, v. FRANK M. ROBINSON, Appellant, and ROBERT B. WHEELER, Defendant.— Judgment and order affirmed, with costs. All concur; Edgcomb, J., not sitting.

J. LEE ANDRUS, as Administrator, etc., of CHARLES ANDRUS, Deceased, Respondent, v. FRANK M. ROBINSON, Appellant, and ROBERT B. WHEELER, Defendant.— Judgment and order affirmed, with costs. All concur; Edgcomb, J., not sitting.

In the Matter of the Examination of BUFFALO SAVINGS BANK, Third Person, in Proceedings Supplementary to Execution upon the Application of ROY W. DOOLITTLE and Others, Judgment Creditors, under a Judgment Recovered in an Action Entitled City Court of Buffalo, ROY W. DOOLITTLE and Others, Doing Business, etc., v. MARK A. TIFTICKJIAN.— Appeal dismissed, with ten dollars costs and disbursements, on the ground that the order was entered on default and is, therefore, not appealable. (Civ. Prac. Act, § 557.) Were the order before us, we would affirm on the merits. All concur; Edgcomb, J., not sitting.

RAYMOND L. BOMMER, as Committee of the Person and Estate of PHILIP BENEDITTI, an Incompetent, Appellant, Respondent, v. AMERICAN SURETY COMPANY OF NEW YORK, Respondent, Appellant.— Judgment affirmed, with costs. Appeal by plaintiff from order entered March 6, 1933, dismissed, without costs. Order entered March 7, 1933, affirmed, with ten dollars costs and disbursements. All concur; Edgcomb, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY JOHNSON, Judge of the City Court of the City of Dunkirk, Respondent, v. SIDNEY T. HEWES, Appellant.— Order affirmed. All concur, except Crosby, J., who dissents and votes for reversal on the ground that the papers fail to show sufficient grounds for the entry of the order; Edgcomb, J., not sitting.

MARIAN SCHRAM, an Infant, by MATTHEW L. DENEA, Her Guardian ad Litem, Respondent, v. CHARLES H. HURKAMP, JR., Appellant.— Order affirmed, with costs. All concur; Edgcomb, J., not sitting.

MATTHEW L. DENEA, Respondent, v. CHARLES H. HURKAMP, JR., Appellant.— Order affirmed, with costs. All concur; Edgcomb, J., not sitting.

TOWN OF KIANTONE, Appellant, v. COUNTY OF CHAUTAUQUA, Respondent.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

ELMA R. WHITED, Appellant, v. ERNEST I. HILL, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur; Edgcomb, J., not sitting.